QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
  Cheryl Galvin (Bar No. 252262)
  cherylgalvin@quinnemanuel.com
  Thomas Watson (Bar No. 227264)
  tomwatson@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Defendant


WATTS GUERRA CRAFT, L.L.P.
   David T. Bright (*pro hac vice* application pending)
500 North Water Street, Suite 1200
Corpus Christi, Texas 78478
(361) 887-0500 Telephone
(361) 887-0055 Telecopier

SMITH LILLIS PITHA, LLP
   Damien P. Lillis (Bar No. 191258)
400 Montgomery Street, Suite 501
San Francisco, California 94104
(415) 814-0411 Telephone
(415) 217-7011 Telecopier

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Civil Action No. C 10-00668-WHA |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the

above-identified action, by and through their respective counsel, hereby stipulate to the dismissal of all claims and counterclaims in this action as follows:

Flowbee International, Inc. and Flowbee Haircutter Limited Partnership, Plaintiffs and Counter-Defendants, hereby dismiss, with prejudice, all claims in the Complaint filed on August 13, 2009 [Dkt. No. 1].

Google Inc., Defendant and Counterclaimant, hereby dismisses, with prejudice, the counterclaim set forth in its Answer, Affirmative Defenses and Counterclaims filed February 18, 2010 [Dkt. No. 42].

Each party shall bear its own attorneys' fees and costs.  All rights of appeal are waived.

/s/ Damien P. Lillis                                                                   August 25, 2010
David T. Bright (*pro hac vice* application pending)              Date
WATTS GUERRA CRAFT, L.L.P.
500 North Water Street, Suite 1200
Corpus Christi, Texas 78478
(361) 887-0500 Telephone
(361) 887-0055 Telecopier

Damien P. Lillis
State Bar No. 191258
SMITH LILLIS PITHA, LLP
400 Montgomery Street, Suite 501
San Francisco, California 94104
(415) 814-0411 Telephone
(415) 217-7011 Telecopier

**Counsel for Plaintiffs**


/s/ Margret M. Caruso                                                             August 25, 2010
Margret M. Caruso                                                                    Date
California State Bar No. 243473
Cheryl Galvin
California State Bar No. 252262
Thomas Watson
California State Bar No. 227264
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California 94065
(650) 801-5101  Telephone
(650) 801-5100  Facsimile

**Counsel for Defendant**

Filer's attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Damien Lillis.

DATED:  August 25, 2010                         By:  /s/ Margret M. Caruso

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE